# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**CHARLES EVERS REED, #22973**  **PLAINTIFF**

**VERSUS**  **CIVIL ACTION NO. 4:08-cv-137-TSL-LRA**

**SANDRA ATWOOD, RON WILLIAMS**
**AND WARDEN DALE CASKEY**  **DEFENDANTS**

### ORDER AMENDING ORDER SETTING PAYMENT SCHEDULE [5] AND ORDER DIRECTING SUMMONS TO ISSUE [6]

Upon a review of the docket entries, this Court finds that orders [5 &6] entered on December 10, 2008, were inadvertently signed by Magistrate Judge James C. Sumner. The undersigned hereby adopts and approves the orders [5& 6] and they remain in full force and effect.

SO ORDERED, THIS the   11th   day of December, 2008.


                                                   s/ Linda R. Anderson
                                                 UNITED STATES MAGISTRATE JUDGE